Naoki S. Kaneko, SBN 252285
nkaneko@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Tel: 949-475-1500 | Fax: 949-475-0016

Attorneys for Defendant
Unilever United States, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY TIMMINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-03017-JAM-JDP<br><br>Judge: Hon. John A. Mendez<br>Ctrm: 6<br><br>Action Filed: November 1, 2024<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND SET BRIEFING SCHEDULE AND MOTION HEARING**<br><br>[Filed Concurrently with Stipulation] |

Currently before the Court is the parties' Stipulation to Extend Defendant's Deadline to Respond to Complaint and to Set Briefing Schedule and Motion Hearing. Good cause appearing, the stipulation is GRANTED.

- Defendant's deadline to respond to Plaintiffs' Complaint is extended to January 17, 2025.

If Defendant files a Motion as its responsive pleading, the following shall apply:

- Plaintiff's deadline to file her opposition to Defendant's Motion is February 18, 2025.
- Defendant's deadline to file its reply in support of its Motion is March 11, 2025.
- The hearing on Defendant's Motion, if necessary, will be set on March 25, 2025.

**IT IS SO ORDERED.**

Dated: December 2, 2024        /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE