**SHOOK, HARDY & BACON L.L.P.**
Naoki S. Kaneko (SBN 252285)
nkaneko@shb.com
Sarah Garbuzov (SBN 345909)
sgarbuzov@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Tel:  949-475-1500
Fax:  949-475-0016

Attorneys for Defendant, UNILEVER UNITED STATES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY TIMMINS, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNILEVER UNITED STATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-03017-DJC-JDP<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. Daniel J. Calabretta<br>Courtroom:  7<br>Complaint filed:  November 1, 2024 |

Currently before the Court is the parties' Stipulation to Extend Defendant's Deadline to File its Answer to Plaintiff's Complaint.

Good cause appearing, the stipulation is GRANTED.

Defendant's deadline to file its answer to Plaintiff's complaint is extended to July 2, 2025.

Dated: June 18, 2025

/s/ Daniel J. Calabretta
The Honorable Daniel J. Calabretta
United States District Judge