**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey, Esq. (California Bar No. 295032)
yeremey@skclassactions.com
Brittany S. Scott, Esq. (California Bar No. 327132)
brittany@skclassactions.com
166 Geary Street, Suite 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: 888-410-0415

**SMITH KRIVOSHEY, PC**
Joel D. Smith (California Bar No. 244902)
E-Mail: joel@skclassactions.com
867 Boylston Street, 5thFloor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404

Attorneys for Plaintiff, LACEY TIMMINS

**SHOOK, HARDY & BACON L.L.P.**
Naoki S. Kaneko (SBN 252285)
nkaneko@shb.com
Sarah Garbuzov (SBN 345909)
sgarbuzov@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Tel:  949-475-1500

Attorneys for Defendant, UNILEVER UNITED STATES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY TIMMINS, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNILEVER UNITED STATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-03017-DJC-JDP<br><br>**ORDER GRANTING STIPULATION REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT AND EXTENSION OF CLASS CERTIFICATION DEADLINES**<br><br>Judge: Hon. Daniel J. Calabretta<br>Courtroom:  7<br>Complaint filed:  November 1, 2024 |

Currently before the Court is the parties' Stipulation Regarding Plaintiff's First Amended Complaint and Extension of Class Certification Deadlines.

Good cause appearing, the stipulation is GRANTED.

1.    Should Plaintiff file a First Amended Complaint within 7 days of the filing of the Stipulation, Defendant shall file its responsive pleading to the First Amended Complaint within thirty (30) days after Plaintiff files the First Amended Complaint. In the event Defendant elects to file a motion to dismiss or other dispositive motion in response to the First Amended Complaint, the parties shall follow the below briefing schedule:

(a)    Plaintiff's opposition shall be filed within twenty-one (21) days after Defendant files its motion;

(b)    Defendant's reply shall be filed within fourteen (14) days after Plaintiff files her opposition.

2.    The class certification schedule is modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion for Class Certification and Expert Reports Due | May 15, 2026 | September 3, 2026 |
| Opposition to Class Certification and Rebuttal Expert Reports Due | July 15, 2026 | November 3, 2026 |
| Reply in Support of Class Certification Due | August 31, 2026 | December 18, 2026 |
| Class Certification Hearing at 1:30 p.m. PT | September 24, 2026 | January 21, 2027 |

3.    All other deadlines shall remain unchanged.

Dated:  February 6, 2026                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE