**SHOOK, HARDY & BACON L.L.P.**
Naoki S. Kaneko, SBN 252285
nkaneko@shb.com
Sarah Garbuzov, SBN 345909
sgarbuzov@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: (949) 475-1500 | Fax: (949) 475-0016

Attorneys for Defendant,
UNILEVER UNITED STATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY TIMMINS,<br><br>              Plaintiff,<br><br>     v.<br><br>UNILEVER UNITED STATES, INC., a Delaware corporation,<br><br>              Defendant. | Case No.  2:24-cv-03017-DJC-JDP<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |

**TO PLAINTIFF AND PLAINTIFF'S ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Sarah Garbuzov of Shook, Hardy & Bacon LLP hereby withdraws as an attorney for Unilever United States, Inc. Naoki S. Kaneko, Esq. of Shook, Hardy & Bacon LLP shall continue as counsel of record.

Dated: February 6, 2026               SHOOK, HARDY & BACON L.L.P.


By: */s/ Sarah Garbuzov*
Sarah Garbuzov

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

2