# EXHIBIT A

**Exhibit A**

amazon.com/Vaseline-Petroleum-Jelly-Baby-13/dp/B00J4EBNSG/?_encoding=UTF8&pd_rd_w=e5Us9&content-id=amzn1.sym.eb12963a-1824-4e85-bbd8-e45801545a5c%3Aamzn1.symc.ee4c414f-039b-458d-a00

Beauty & Personal Care › Skin Care › Body › Moisturizers › Lotions



Roll over image to zoom in

## Vaseline Petroleum Jelly Baby Skincare Protective & Pure 4 Count Treats Dry Skin And Prevents Chaffed Skin From Diaper Rash Hypoallergenic And Gentle On Skin 13oz

Visit the Vaseline Store

4.8 ★★★★★ ⌄    |    6,239 ratings    |    Search this page

**Amazon's Choice**

3K+ bought in past month

$21⁵⁶ ($0.41 / Ounce)

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ⌄

**Coupon:** Save 10%: Coupon available when you select **Subscribe & Save** .  Shop items ›  |  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

| | |
|---|---|
| **Brand** | Vaseline |
| **Item Form** | Jelly |
| **Item Weight** | 3.25 Pounds |
| **Age Range (Description)** | Baby |
| **Active Ingredients** | white petrolatum usp (99.96%), fragarance |

### About this item

- PROTECTS AGAINST DIAPER RASH: Vaseline Petroleum Jelly Baby is a gentle and pure skin care moisturizer that helps treat and prevent chafed skin from diaper rash
- PEDIATRICIAN RECOMMENDED: A trusted skin care product that adds a soothing and protective barrier to help relieve baby's discomfort from diaper rash
- SOOTHING PROTECTION: Vaseline Petroleum Jelly Baby is gentle skincare that's hypoallergenic, dermatologist tested and gentle enough to treat dry skin on baby's face and body
- SMOOTH, SCENTED RELIEF: A daily application of this baby powder scented skincare can help protect against dry skin to help restore baby's natural softness
- GUARANTEED PURE: Vaseline is made with triple-purified petroleum jelly to help relieve dry skin by locking in moisture
- The HEALING PROJECT: Working with Direct Relief, we provide dermatological skin care, Vaseline Jelly and medical supplies to people affected by poverty or emergencies around the world

  

amazon.com/Vaseline-Petroleum-Moisturizer-Hypoallergenic-Protectant/dp/B085LTCF4Q/ref=a...











Roll over image to zoom in

## About this item

- Vaseline Petroleum Jelly, with light baby powder scent, locks in moisture to help treat and prevent chafed skin from diaper rash

- Relieves the symptoms of diaper rash to soothe your baby's skin and restore softness

- This lotion forms a protective barrier to keep out wetness and protect your baby's skin

- This baby body moisturizer is gentle on skin, hypoallergenic, dermatologist-tested, and non-comedogenic — so it won't clog pores

- Vaseline petroleum jelly is made with triple-purified petroleum jelly so purity is guaranteed

- This baby skin moisturizer is great for diaper rash, sensitive skin or dry skin