SHOOK, HARDY & BACON L.L.P.
Naoki S. Kaneko (SBN 252285)
nkaneko@shb.com
Kristine Avena (SBN 328593)
kavena@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Tel: 949-475-150 Fax: 949-475-0016

M. Kevin Underhill (SBN 208211)
kunderhill@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94104
Tel: 415-544-1900 Fax: 415-391-1400

Attorneys for Defendant
Unilever United States, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| LACEY TIMMINS, on behalf of Herself and all Others Similarly Situated, | Case No. 2:24-cv-03017-DJC-JDP |
|---|---|
| Plaintiff, | **DECLARATION OF NAOKI S. KANEKO IN SUPPORT OF DEFENDANT UNILEVER UNITED STATES INC.'S MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. § 1404(a)** |
| v. | |
| UNILEVER UNITED STATES, INC., | |
| Defendant. | Action Filed: November 1, 2024 |
| | Date:  April 23, 2026 |
| | Time:  1:30 p.m. |
| | Dept.:  Courtroom 7 |
| | Judge:  Daniel J. Calabretta |

1

I, Naoki Kaneko, hereby declare:

1.      I am an attorney licensed to practice before this Court and before all state and federal courts in California.  My State Bar Number is 252285.  I am an attorney with Shook, Hardy & Bacon L.L.P., counsel of record for Defendant Unilever United States, Inc.

2.      On March 9, 2026, I met and conferred by telephone with Plaintiff's counsel Yeremey Krivoshey and Aleksandr Litvinov.  I explained the grounds for Unilever's motion to transfer this action to the District of New Jersey, including the presence of another similar matter (complaint attached) and the public and private factors that supported transfer.  In response, Plaintiff's counsel stated that Plaintiff would oppose Unilever's motion to transfer.

3.      **Exhibit A** is a true and correct copy of the complaint in *Vicks v. Unilever United States, Inc.*, Case No. 2:25-cv-17887, currently pending in the District of New Jersey (Newark Division).

4.      **Exhibit B** is a true and correct copy of the magistrate judge consent letter from Chief Judge Troy L. Nunley, which was docketed in this case as ECF No. 3-1.

I declare under penalty of perjury laws of the United States of America that the foregoing is true and correct.  Executed this 13th day of March 2026, in Irvine, California.

*/s/ Naoki S. Kaneko*

Naoki S. Kaneko

2