**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (California Bar No. 295032)
Brittany S. Scott (California Bar No. 327132)
E-Mail:  yeremey@skclassactions.com
brittany@skclassactions.com
28 Geary Street, Suite 650 # 1507
San Francisco, CA 94108
Phone: 415-839-7000

**SMITH KRIVOSHEY, PC**
Joel D. Smith (California Bar No. 244902)
Aleksandr "Sasha" Litvinov (SBN 95598) (*pro hac vice*)
E-Mail:  joel@skclassactions.com
sasha@skclassactions.com
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404

*Attorneys for Plaintiff*
*[Additional Counsel on Signature Block]*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY TIMMINS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>UNILEVER UNITED STATES, INC., a Delaware corporation,<br><br>                              Defendant. | Case No. 2:24-cv-03017-DJC-JDP<br><br>**DECLARATION OF YEREMEY KRIVOSHEY IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER**<br><br>Action Filed: November 1, 2024<br><br>Date: April 23, 2026<br>Time: 1:30 PM PST<br>Dept.: Courtroom 7<br>Judge: Daniel J. Calabretta |

KRIVOSHEY DECLARATION; CASE NO. 2:24-cv-03017-DJC-JDP

I, Yeremey O. Krivoshey, declare as follows:

1.    I am an attorney at law licensed to practice in the State of California and admitted to practice before this Court. I am a founding partner at Smith Krivoshey, PC, and counsel for Plaintiff in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.    **Exhibit A** to this declaration is a true and accurate copy of the voluntary dismissal filed by the plaintiffs in *Vicks v. Unilever United States, Inc.*, Case No. 2:25-cv-17887-SDW-JSA (D.N.J.).

3.    **Exhibit B** to this declaration is a true and accurate copy of the initial disclosures Defendant served on Plaintiff in this case.

4.    Plaintiff's counsel in this case, including me and my colleague Aleksandr Litvinov, spoke with Defendant's counsel several times over videoconference regarding our intention to dismiss the *Vicks* case during the four weeks preceding Defendant's Motion to Transfer.

5.    Plaintiff has retained three experts who are actively working on reports in support of the upcoming motion for class certification. Two of these experts, like Plaintiff, are located in California and the third expert is not located in New Jersey.

6.    Defendant has identified the following individuals who worked or work at Unilever as potentially having relevant knowledge and whose custodian accounts warrant an ESI search: Kathleen Dunlop – Brand Director; Jimmy Richardson – Brand Manager; Amit Rosenberg – Marketing; Christine Lee – R&D, Consumer Technical Insights; Kate Georgelos – R&D, Clinical Scientist; Michael Kek – R&D, Scientist; Yvonne Schultze – Procurement Manager; and Kacey Carido – Associate Scientist.

7.    As of March 26, 2026, Dunlop, Lee, Kek, and Carido are listed on LinkedIn as based in New York, New York; Richardson is listed on LinkedIn as based in Newton, Pennsylvania; Rosenberg is listed on LinkedIn as based in Atlanta, Georgia; Georgelos is listed on LinkedIn as based in Milford, Connecticut; Schultze is listed on LinkedIn as based in Zurich, Switzerland.

8.    Defendant disclosed in discovery that the supplier of the fragrance ingredient at issue is Givaudan. According to Givaudan's website, found at www.Givaudan.com/our-company/about-givaudan, the company is based in Switzerland and has 167 locations worldwide with 77 production sites. Subsidiaries located all over the world, including in New Jersey and many other states. On this web site, Givaudan claims to have a "leadership position . . . across the globe" in the "Taste & Wellbeing" and "Fragrance & Beauty" industries. Thus far in discovery, there has been no indication from Defendant or its documents that any of Givaudan's relevant conduct or involvement occurred in New Jersey.

I declare under penalty of perjury under the laws of the United States and the State of Delaware that the foregoing is true and correct.  Executed in Louisville, Kentucky, on March 27, 2026.

/s/ Yeremey O. Krivoshey
Yeremey O. Krivoshey