**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey, Esq. (California Bar No. 295032)
yeremey@skclassactions.com
Brittany S. Scott, Esq. (California Bar No. 327132)
brittany@skclassactions.com
28 Geary Street, Suite 650 # 1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: 888-410-0415

**SMITH KRIVOSHEY, PC**
Joel D. Smith (California Bar No. 244902)
E-Mail: joel@skclassactions.com
867 Boylston Street, 5thFloor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404

Attorneys for Plaintiff, LACEY TIMMINS

**SHOOK, HARDY & BACON L.L.P.**
Naoki S. Kaneko (SBN 252285)
nkaneko@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Tel: 949-475-1500

Attorneys for Defendant, UNILEVER UNITED STATES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LACEY TIMMINS, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNILEVER UNITED STATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-03017-DJC-JDP<br><br>**ORDER GRANTING STIPULATION EXTENDING CLASS CERTIFICATION DEADLINES**<br><br>Judge: Hon. Daniel J. Calabretta<br>Courtroom: 7<br>Complaint filed: November 1, 2024 |

Currently before the Court is the parties' Stipulation Extending Class Certification Deadlines.

Good cause appearing, the stipulation is GRANTED.

1. The class certification schedule is modified as follows:

2. All other deadlines shall remain unchanged.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion for Class Certification and Expert Reports Due | September 3, 2026 | October 9, 2026 |
| Opposition to Class Certification and Rebuttal Expert Reports Due | November 3, 2026 | December 11, 2026 |
| Reply in Support of Class Certification Due | December 18, 2026 | January 28, 2027 |
| Class Certification Hearing at 1:30 p.m. PT | January 21, 2027 | March 4, 2027 |

Dated: August 14, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE